UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LARRY J. CUNNINGHAM                                                                                    PLAINTIFF

V.                          Case No. 3:22-CV-00220-BBM

MARTIN O'MALLEY, Commissioner,
Social Security Administration                                                                    DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 25th day of March, 2024.

_____
UNITED STATES MAGISTRATE JUDGE